THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alan Bruce Carruthers, Appellant.
 
 
 

Appeal From Lexington County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No.  2010-UP-301
Submitted May 3, 2010  Filed June 8, 2010
AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Christina J. Catoe, all of Columbia; and
 Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Alan Bruce Carruthers pled guilty to one
 count of criminal sexual conduct with a minor in the first degree and was
 sentenced to thirty years' imprisonment.   He appeals, arguing his guilty plea
 failed to comply with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969).  Specifically, Carruthers contends the plea court erred in
 accepting his plea without first ordering an evaluation to determine his mental
 competency.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: In re
 Antonio H., 324 S.C. 120, 122, 477 S.E.2d 713, 714 (1996) (explaining that
 when the determination of competency is not raised at the time of the guilty plea,
 it is procedurally barred on appeal); State
 v. McKinney, 278 S.C. 107, 108, 292
 S.E.2d 598, 599 (1982) ("Absent timely objection at a plea proceeding, the
 unknowing and involuntary nature of a guilty plea can only be attacked through
 the more appropriate channel of [p]ost-[c]onviction [r]elief.").
AFFIRMED.
FEW,
 C.J., THOMAS and PIEPER, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.